In the Matter of the Claim of GROVER QUICK, Respondent, against HARRY LEVINE et al., Appellants, and HENRY W. BROOKS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— The decision of this court, handed down May 16, 1951 (ante, p. 879), is amended in the following respects:

Decision and award unanimously affirmed, with one bill of costs to the respondents, Henry W. Brooks and the Utica Mutual Insurance Company, to be divided equally between them. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.